# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) NO. 1-12-mc-068-RLY-DML |
| SARA L. NAGY | ) |

## ORDER OF DISBARMENT

On June 28, 2012, the Indiana Supreme Court suspended respondent, Sara L. Nagy, from the practice of law in Indiana, following her submission of a consent to disability suspension affidavit in response to the Disciplinary Commission's petition for a disability determination.

Rule III of the *Local Rules of Disciplinary Enforcement of the United States District Court for the Southern District of Indiana* provides that a member of this district's bar shall be subject to immediate disbarment upon resignation or disbarment on consent from any other court or jurisdiction. Accordingly, Sara L. Nagy is immediately barred from the practice of law before the courts of this district.

IT IS SO ORDERED.

For the Court,

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Date: _____

Distribution:
Sara L. Nagy, P.O. Box 875, Carmel, IN 46032
Clerk, U.S. District Court
Clerk, U.S. Bankruptcy Court