THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

CERTIFIED MAIL™

7011 2970 0003 4369 6341



Sara L. Nagy
P.O. Box 875
Carmel, IN 46032

UNCLAIMED

1st NOTICE
2nd NOTICE
RETURNED

RECEIVED
AUG 16 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES POSTAGE
$ 005.7

4608208 7575

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sara L. Nagy
P.O. Box 875
Carmel, IN 46032

1:12-MC-068 (Give to DAN)

2. Article Number
(Transfer from service label)    7011 2970 0003 4369 6341

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ■ Certified Mail    ☐ Express Mail
   ☐ Registered       ■ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE