PETITION FOR CLARIFICATION

1:12 MC 068

I am seeking clarification on this court's entry of 7/13/2012.

The Clerk's online docket shows me as "disbarred" when I was suspended due to disability. I have never been disbarred.

If possible, please have your clerk docket reflect my disability suspension status. (Lupus)

I appreciate your attention to this matter.

Sincerely,

*[signature]*

Sarah L. Nagy

(assisted by family members)