**PRESS FIRMLY TO SEAL**  POSTAGE REQUIRED



# PRIORITY MAIL

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Sarah Nagy
5355 N. Delaware St.
Indpls IN. 46220

TO: U.S. District Ct.
ATTN: Hattie Harman
Clerk's Office, Rm 105
46 E. Ohio St.
Indpls. IN 46204

**RECEIVED**
DEC 13 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

---

UNITED STATES POSTAL SERVICE — Retail

**P**  **US POSTAGE PAID**
**$6.70**
Origin: 46220
12/12/18
1708850007-15

PRIORITY MAIL 1-Day®

0 Lb 1.90 Oz

EXPECTED DELIVERY DAY: 12/13/18
1005
C009

SHIP TO:
46 E OHIO ST
STE 105
INDIANAPOLIS IN  46204-1919

**USPS TRACKING NUMBER**


9505 5123 9168 8346 2616 46


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®