UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

IN THE MATTER OF:           )
                            )   No. 1:12-mc-00068-JMS-DML
SARAH L. NAGY               )

**ENTRY CLARIFYING DISCIPLINARY STATUS**

On June 28, 2012, in proceedings identified as Nos. 49S00-1202-DI-104, 29S00-1205-DI-247, and 29S00-1205-DI-280, the Indiana Supreme Court issued a Published Order Suspending Respondent Sarah Nagy from the Practice of Law Due to Disability and Dismissing Show Cause Proceedings Without Prejudice.  The court found that Respondent had submitted an "Affidavit of Consent to Disability Suspension" pursuant to Indiana Admission and Discipline Rule 23(25) (2012), and granted the Indiana Supreme Court Disciplinary Commission's petition to suspend Respondent from the practice of law due to physical disability, effective immediately.  The court ordered that Respondent may petition for reinstatement upon termination of the disability pursuant to Admission and Discipline Rules 23(4) and 23(18) (2012).  The court further ordered that disciplinary cause nos. 49S00-1202-DI-104 and 29S00-1205-DI-247 be dismissed without prejudice.

In response to the action taken by the Indiana Supreme Court, this Court ordered Respondent disbarred from the practice of law in the United States District Court for the Southern District of Indiana [Filing No. 2].  As a consequence, Respondent's status on the Court's roll of attorneys is "disbarred."  Respondent now files a petition seeking clarification of her disciplinary status in this Court.  Specifically, Respondent attests that she has not been disbarred in Indiana, but rather is suspended due to her disability.

The Court's review of the Indiana Supreme Court's June 28, 2012 order and the publicly-available Indiana roll of attorneys confirms Respondent's assertion that she was suspended from the practice of law rather than disbarred. Accordingly, the Court ORDERS the Clerk to correct Respondent's status in this Court's records to reflect that she is suspended not disbarred.

SO ORDERED.

For the Court,

Date: 12/18/2018

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Sarah Nagy
5355 N. Delaware St.
Indianapolis, IN 46220

Clerk, U.S. District Court

Clerk, U.S. Bankruptcy Court